**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7370**

———————

RAFAEL CORNELIO MATOS BRITO,

Plaintiff - Appellant,

versus

BILL D. BURLINGTON; MARGARET C. HAMBRICK;
HARRELL WATTS,

Defendants - Appellees,

and

JANET RENO, Attorney General; KATHLEEN HAWKIN,
B.O.P., Director; JOSEPH BROOKS, Pet. VA -
Warden; F. S. WHEELER,

Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CA-00-810-3)

———————

Submitted:  December 10, 2001          Decided:  December 27, 2001

———————

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Rafael Cornelio Matos Brito, Appellant Pro Se.  Mary Hannah Lauck,
OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rafael Cornelio Matos Brito appeals the dismissal in part of his civil rights complaint brought under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED